<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6598**

WANDA SCOTT, a/k/a Wanda Ranae Scott Thomas,

        Petitioner - Appellant,

    v.

STATE OF SOUTH CAROLINA,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. William M. Catoe, Jr., Magistrate Judge. (6:08-cv-01684-GRA)

Submitted: September 10, 2009    Decided: September 14, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Scott, Appellant Pro Se. James Anthony Mabry, Assistant Attorney General, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Scott appeals the district court's order denying her motion for waiver of PACER fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. South Carolina, No. 6:08-cv-01684-GRA (D.S.C. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED